JS - 6

FILED
CLERK, U.S. DISTRICT COURT

APR 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOS OSOS COMMUNITY SERVICES DISTRICT, et al.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, et al.,<br><br>            Defendant(s) | CASE NO. CV08-1279-AHM (SSx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

1  On March 4, 2009, the Court granted the parties' application to stay this
2  action pending the resolution of the underlying state court action;
3      IT IS THEREFORE ORDERED that this case is removed from this Court's
4  active caseload without prejudice to the right, upon good cause shown, within 30
5  days of the resolution of the action styled *Taxpayers Watch, et al. v. Los Osos*
6  *Community Services District, et al*, to request a status conference be scheduled if
7  settlement is not consummated. Until such time, this Court retains jurisdiction
8  over this action and this Order shall not prejudice any party to this action.
9      IT IS FURTHER ORDERED that counsel for plaintiff continue to file
10 quarterly joint status reports commencing on June 1, 2009.
11     IT IS SO ORDERED.
12 DATED: April 13, 2009

JS - 6

A. HOWARD MATZ
United States District Judge