1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT      JS-6

9

### CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 | THE LOS OSOS COMMUNITY

12 SERVICES DISTRICT, a California special district, STEVE SENET,
JOHN FOUCHE, CHUCK CESENA,
13 LISA SCHICKER, and JULIE
TACKER,

14

15              Plaintiffs,

vs.

16

AMERICAN ALTERNATIVE
17 INSURANCE CORPORATION, a
Delaware corporation,

18

19              Defendants.

20 AND RELATED COUNTER-CLAIM

21

Case No.: CV-08-01279-AHM (SSx)

**ORDER GRANTING DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE**

[Filed Concurrently With:
- Stipulation for Dismissal]

22

23

24

25

26

27

28

Case No.: CV-08-01279-AHM (SSx)

1    The parties, by and through their attorneys of record, have stipulated to a

2  dismissal of the entire action, as to each and every party, with prejudice.

3

4    IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its

5  entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil

6  Procedure 41(a)(1).

7

8    IT IS SO ORDERED.

9

10  DATED:   10/22/10          HONORABLE A. HOWARD MATZ
                               United States District Court
11
   **JS-6**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28